SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA  93721
Telephone:  559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, RAYMOND FERENCI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 1:08-CR-00414-AWI |
|---|---|---|
| Plaintiff, | ) ) | THIRD AMENDED - STIPULATION AND ORDER FOR A RESETTING OF STATUS CONFERENCE HEARING |
| v. | ) ) | |
| RAYMOND FERENCI, | ) ) | Date:       Monday, January 12, 2009 Time:       9:00 a.m. |
| Defendant. | ) ) | Courtroom: Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the Status Conference set for Monday, January 12, 2009 be continued to Tuesday, February 17, 2009 at 9:00 a.m.

The reason for this request is as follows: defense counsel is in Washington, DC on January 12, 2009 appearing at the Department of Justice before the Capital Committee on U.S. v. James Ninete Leon Guerrero, Case No.: 1:08-CR-00259-OWW.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

                                                               Respectfully submitted,

DATED: January 8, 2009                        /s/   Salvatore Sciandra
                                                           SALVATORE SCIANDRA
                                                           Attorney for Defendant,
                                                           RAYMOND FERENCI

/ / /

1  / / /

2  DATED: January 8, 2009　　　　　　　　　　　/s/   David Gappa
　　　　　　　　　　　　　　　　　　　　　　　DAVID GAPPA
3　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

4

5　　　　　　　　　　　　　　　　**ORDER**

6
　 IT IS SO ORDERED.
7
　 **Dated:   January 9, 2009**　　　　　　　　　/s/ Anthony W. Ishii
8　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

U.S. v. RAYMOND FERENCI
STIPULATION AND [PROPOSED] ORDER FOR A RESETTING OF STATUS CONFERENCE HEARING
CASE NUMBER: 1:08-CR-00414-AWI                                                                                           2