SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA  93721
Telephone:  559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, RAYMOND FERENCI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 1:08-CR-00414-AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER FOR A RESETTING OF STATUS CONFERENCE HEARING |
| v. | ) | |
| RAYMOND FERENCI, | ) | Date:   Tuesday, February 17, 2009<br>Time:   9:00 a.m. |
| Defendant. | ) | Courtroom:  Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the Status Conference set for Tuesday, February 17, 2009 be continued to Monday, March 23, 2009 at 9:00 a.m.

The reason for this request is as follows: defense counsel is unavailable and additional time is needed for investigation.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

Respectfully submitted,

DATED: January 29, 2009            /s/   Salvatore Sciandra
                                   SALVATORE SCIANDRA
                                   Attorney for Defendant,
                                   RAYMOND FERENCI

/ / /

/ / /

DATED: January 29, 2009                     /s/   David Gappa
                                            DAVID GAPPA
                                            Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   January 29, 2009**                  /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE

U.S. v. RAYMOND FERENCI
STIPULATION AND [PROPOSED] ORDER FOR A RESETTING OF STATUS CONFERENCE HEARING
CASE NUMBER: 1:08-CR-00414-AWI                                                   2