1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, CA  93721
3  Telephone:  559.233.1000
   Facsimile: 559.233.6044
4

5  Attorney for Defendant, RAYMOND FERENCI

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                        EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,            )   CASE NUMBER: 1:08-CR-00414-AWI
                                        )
11          Plaintiff,                  )   STIPULATION AND ORDER FOR
                                        )   DEFENDANT TO TRAVEL
12 v.                                   )
                                        )
13 RAYMOND FERENCI,                     )
                                        )
14          Defendant.                  )
                                        )
15 _____

16       **IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and

17 the defendant by and through his attorney, that RAYMOND FERENCEI be allowed to travel on the

18 following dates and times for his daughters wedding:

19       <u>Friday, March 6, 2008</u>

20       Approximately 8:00 a.m.   -   Depart Visalia

21       Approximately 11:30 a.m.  -   Arrive Los Angeles, staying with Mike & Julie Ferenci

22                                                  2503 Panorama Terrace, Los Angeles, CA 90039,

23                                                  Phone: 323-665-6636

24       <u>Saturday, March 7, 2009</u>

25       Approximately 11:00 a.m.  -   Depart Los Angeles

26       Approximately 2:00 p.m.   -   Arrive at Hotel, Courtyard Marriott, 595 Hotel Circle

27                                                  South, San Diego, CA 92108, Ph: 619-291-5720.

28       Approximately 5:00 p.m.   -   Wedding Ceremony at Coronado Beach

| | | | |
|---|---|---|---|
| 1 | Approximately 7:00 p.m. | - | Board Dinner Cruise |
| 2 | Approximately 10:00 p.m. | - | Depart Ship |
| 3 | Approximately 11:00 p.m. | - | Return to Hotel |

<u>Sunday, March 8, 2009</u>

| | | | |
|---|---|---|---|
| 5 | Approximately 10:30 a.m. | - | Depart Hotel |
| 6 | Approximately 11:00 a.m. | - | Luncheon / Wedding Shower |
| 7 | Approximately 1:30 p.m. | - | Depart San Diego for Visalia |

<u>Cell Phone Contact Numbers of Family Traveling Together</u>

| | |
|---|---|
| Sandee Ferenci | 559-936-3722 |
| Christopher Ferenci | 559-936-4422 |
| Caitee Ferenci | 559-936-7577 |
| Julie Ferenci | 323-449-9967 |
| Mike Ferenci | 323-497-3208 |
| Ryan Ferenci | 530-521-8585 |
| Jessica Ferenci | 530-592-7451 |

RAYMOND FERENCI will be traveling with his wife Sandra Ferenci, DOB: November 17, 1967, California Drivers License No.: C3962561.

Respectfully submitted,

DATED: January 24, 2009        /s/   Salvatore Sciandra
                               SALVATORE SCIANDRA
                               Attorney for Defendant,
                               RAYMOND FERENCI

DATED: January 24, 2009        /s/   David Gappa
                               DAVID GAPPA
                               Assistant United States Attorney

/ / /

/ / /

/ / /

/ / /

**ORDER**

IT IS SO ORDERED.

**Dated:   February 24, 2009**              /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE